Todd Blanche
Acting Attorney General of the United States
Laurel J. Holland
Assistant United States Attorney
Eastern District of Washington
Post Office Box 21
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 0 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

ECF No. 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26-CR-6023-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. § 2252A(a)(1), (b)(1) Transportation of Child Pornography (Count 1) |
| ANTHONY JAMES GOBLE, | |
| Defendant. | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) Possession of Child Pornography (Count 2) |
| | 18 U.S.C. § 2253 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Between on or about February 1, 2021, and September 11, 2025, in the Eastern District of Washington, the Defendant, ANTHONY JAMES GOBLE, having previously been convicted of Attempted Child Molestation in the First Degree, in violation of WASH. REV. CODE §§ 9A.44.083 and 9A.28.020, in the

INDICTMENT – 1

Superior Court of Washington State, in and for the County of Clark, Case No. 02-1-01902-1, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly transport child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still images depicting minor and prepubescent children engaging in sexually explicit conduct, including, but not limited to, actual and simulated intercourse and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

COUNT 2

On or about February 1, 2021, and September 11, 2025, in the Eastern District of Washington, the Defendant, ANTHONY JAMES GOBLE, having previously been convicted of Attempted Child Molestation in the First Degree, in violation of WASH. REV. CODE §§ 9A.44.083 and 9A.28.020, in the Superior Court of Washington State, in and for the County of Clark, Case No. 02-1-01902-1, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and

INDICTMENT – 2

minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in, or using any means or facility of, interstate and foreign commerce by any means, including by computer, and which were produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of the child pornography violation(s) as set forth in this Indictment, the Defendant, ANTHONY JAMES GOBLE, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or

INDICTMENT – 3

intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this 20th day of May, 2026.

A TRUE BILL

███████████████████████████

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 4